UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62701-CIV-ZLOCH

JAVIER FLORES, MICHAEL A. SANCHEZ
and PATRICE REMBERT,

    Plaintiffs,

vs.                                           **O R D E R**

FOREVER PROPANE SALES & SERVICE,
INC., a Florida for-profit
corporation, and MANUEL C.
ROSADO, individually,

    Defendants.
_____/

    THIS MATTER is before the Court upon Defendant's Unopposed Motion To File Confidential Settlement Agreement Under Seal (DE 32), filed herein by Defendants Forever Propane Sales & Service, Inc. and Manuel C. Rosado.  The Court has carefully considered said Motion and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that Defendants' Unopposed Motion To File Confidential Settlement Agreement Under Seal (DE 32) be and the same is hereby **GRANTED**.  It is further

    **ORDERED AND ADJUDGED** that the Clerk of Court be and the same is hereby **DIRECTED** to file and maintain under seal the Joint Motion To Approve Confidential Settlement Agreement (DE 33) and the Confidential Settlement Agreement (DE 33-1) and to retain said

documents under seal until the case is closed, after which point the Clerk of the Court shall unseal said documents and return same to counsel for Defendants, Yanique Johnson, Esquire, without further notice or hearing.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___9th___ day of May, 2017.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

cc:   All Counsel of Record

2