UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62701-CIV-ZLOCH

JAVIER FLORES, MICHAEL A.
SANCHEZ, and PATRICE REMBERT,

    Plaintiffs,

vs.

**FINAL ORDER OF DISMISSAL**

FOREVER PROPANE SALES & SERVICE,
INC., and MANUEL ROSADO,

    Defendants.
_____/

    THIS MATTER is before the Court upon the Joint Motion, With Incorporated Memorandum Of Law, To Approve Confidential Settlement Agreement And To Dismiss Case Against Defendants With Prejudice (DE 33), filed herein by all Parties. The Court has carefully reviewed said Stipulation, the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** as follows:

    1. The Parties' Joint Motion, With Incorporated Memorandum Of Law, To Approve Confidential Settlement Agreement And To Dismiss Case Against Defendants With Prejudice (DE 33) be and the same is hereby **GRANTED**;

    2. Pursuant to <u>Lynn's Food Stores v. United States</u>, 679 F.2d 1350 (11th Cir. 1982), the Parties' Confidential Settlement Agreement (DE 33-1) has been reviewed by the Court and the same is hereby approved, adopted and ratified by the Court;

3. The above-styled cause be and the same is hereby **DISMISSED** with prejudice;

4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot; and

5. The Court will retain jurisdiction solely for the purpose of enforcing the Parties' Confidential Settlement Agreement (DE 33-1).

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___10th___ day of July, 2017.

_____
WILLIAM J. ZLOCH
Sr. United States District Judge

Copies furnished:

All Counsel of Record